UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re: New York City Policing During Summer 2020 Demonstrations

20 Civ. 8924 (CM)(GWG)

---

This filing is related to:

Rolon et al. v. City of New York et al.

21 Civ. 2548 (CM)(GWG)

---

## STIPULATION AND [~~PROPOSED~~] ORDER

**WHEREAS,** the Police Benevolent Association of the City of New York, Inc. ("PBA"), Intervenor-Defendant in certain of the actions consolidated under *In Re: New York City Policing During Summer 2020 Demonstrations*, 20-CV-8924 (the "Consolidated Actions"), moved on July 29, 2022 to intervene in two other of the Consolidated Actions, specifically, *Rolon v. City of New York*, No. 21-CV-2548 and *Gray et al. v. City of New York et al.*, 21-CV-6610; and

**WHEREAS,** no opposition has been submitted to the PBA's motion to intervene and, through their undersigned counsel, plaintiffs in *Rolon* consent to entry of an order allowing intervention, and;

**IT IS THEREFORE STIPULATED AND AGREED THAT:**

1. The PBA's application to intervene in *Rolon v. City of New York*, No. 21-CV-2548, is granted; and

2. The PBA shall respond to the current complaint in *Rolon* within fourteen (14) days of entry of any Order by the Court giving effect to this stipulation or otherwise allowing the PBA to intervene.

Dated: New York, New York
      August 12, 2022

**STIPULATED AND AGREED:**

**The Aboushi Law Firm PLLC**

By: *[signature]* _____
Tahanie A. Aboushi, Esq.
Aymen A. Aboushi, Esq.
The Aboushi Law Firm
1441 Broadway, Suite 5036
New York, NY 10018
Tel: (212) 391-8500
Aymen@Aboushi.com
Tahanie@Aboushi.com

*Counsel for Plaintiffs*

**SCHLAM STONE & DOLAN LLP**

By: *[signature]* _____
Richard H. Dolan
Thomas A. Kissane
26 Broadway, 19th Floor
New York, NY 10004
Tel: (212) 344-5400
Fax: (212) 344-7677
Email: rdolan@schlamstone.com
Email: tkissane@schlamstone.com

**LAW OFFICE OF ROBERT S. SMITH**
Robert S. Smith
7 Times Square, 28th Floor
New York, NY 10036
Tel: (917) 225-4190
Email: robert.smith@rssmithlaw.com

*Counsel for the Police Benevolent Association of the City of New York Inc.*

SO ORDERED:

*[signature]*

Dated: _____     _____
New York, New York              Hon. Colleen McMahon, USDJ

2