# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


In re:                              :
                                       Docket #1:20-cv-08924-
                                    :  CM
           NEW YORK CITY POLICING
           DURING SUMMER 2020       :
           DEMONSTRATIONS
                                    :  New York, New York
                                       March 4, 2022
                      Defendant.    :
                                       TELEPHONE CONFERENCE
------------------------------------ :


                       PROCEEDINGS BEFORE
              THE HONORABLE GABRIEL W. GORENSTEIN,
                 UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For Plaintiff,
People of the State
of New York:              NYS OFFICE OF THE ATTORNEY GENERAL
                          BY:  LILLIAN MARIE MARQUEZ, ESQ.
                          28 Liberty Street
                          New York, NY 10005


For Plaintiff, Adam
Gray:                     WYLIE STECKLOW PLLC
                          BY:  WYLIE M. STECKLOW, ESQ.
                          111 John Street, Suite 1050
                          New York City, NY 10038


For Plaintiffs, Adama
Sow, Krystin Hernandez,
And Ryan Minett:          COHEN & GREEN P.L.L.C.
                          BY:  REMY GREEN, ESQ.
                          1639 Centre Street, Suite 216 11385
                          Ridgewood, NY 11207



Transcription Service:    Carole Ludwig, Transcription Services
                          155 East Fourth Street #3C
                          New York, New York 10009
                          Phone:  (212) 420-0771
                          Email:  Transcription420@aol.com
```

APPEARANCES - Continued:

For the Payne plaintiffs:        NEW YORK CIVIL LIBERTIES UNION
                                 BY:  DANIEL ROSS LAMBRIGHT, ESQ.
                                 125 Broad Street, Ste. 19
                                 New York, NY 10004

For the Sierra plaintiffs:       RICKNER PLLC
                                 BY:  ROBERT HOWARD RICKNER, ESQ.
                                 14 Wall Street, Suite 1603
                                 New York, NY 10005

For Plaintiff, Cameron
Yates:                           STOLL, GLICKMAN & BELLINA, LLP
                                 BY:  ANDREW BRIAN STOLL, ESQ.
                                 300 Cadman Plaza West, 12th Fl.
                                 Brooklyn, NY 11201

For Plaintiff, Charles H.
Wood:                            KAUFMAN LIEB LEBOWITZ & FRICK
                                 BY:  ALISON ELLIS FRICK, ESQ.
                                 10 E. 40th Street Suite 3307
                                 New York, NY 10016

For Defendants:                  NEW YORK CITY LAW DEPARTMENT
                                 BY:  JENNY SUE-YA WENG, ESQ.
                                     GENEVIEVE NELSON, ESQ.
                                     AMY ROBINSON, ESQ.
                                 100 Church Street Room 3-173b
                                 New York, NY 10007


Proceedings conducted telephonically and recorded by
electronic sound recording;
Transcript produced by transcription service

1                              PROCEEDINGS                    26

2  alternative dates, we have on the table a proposal to

3  defendants, which they recently objected, that we have a

4  double-tracking of certain dates so that at least we have,

5  even if we lose a day of higher-level folks, we have

6  another deposition going that day.

7              MS. ROBINSON:  Your Honor, that --

8              MS. MARQUEZ:  That would be a --

9              MS. ROBINSON:  -- the plaintiffs' proposed double-

10 tracking, we simply cannot do that.  For example, for Chief

11 Monahan, the chief of the department is going next week.

12 He requires two days of deposition, two days of prep.  To

13 double-track that would reduce our staffing levels

14 extremely.  It would just be --

15             THE COURT:  Listen, listen, I don't know that we

16 have -- now that you have some breathing room at the other

17 end, I don't know that we have to worry about double-

18 tracking in the same way.  And there has to be -- the high-

19 level people have to block out backup dates, and they have

20 to be before June 10th, and it has to be done realistically

21 so that if they all back out, they can all be done on their

22 later dates.  If that requires double-tracking, so be it.

23 You must give alternate dates for all the high-level

24 people.

25             You know, the odds are if you tell them the

2   seriousness of this and if you prep them a week in advance

3   and not two days in advance, it's not going to be an issue.

4   But you absolutely must have backup dates that you inform

5   the other side of, saying, "Here's the date for this

6   person.  And if that date doesn't work, here's the date or

7   dates that they're going to do it, if for some reason the

8   first one doesn't work."  And if the first one doesn't

9   work, I'm trying to think, this has got to be, you know, an

10   emergent project like attending a funeral, not like

11   attending a conference.  It's got to be something that is

12   of an emergent, emergency nature.

13           And I'm trying to think how -- I think that's

14   going to have to be expressed in a representation from the

15   attorney that describes in detail what the problem is and

16   why this person is completely prevented from attending the

17   deposition on that date.  And preparation is not going to

18   be an excuse.  It's going to be a problem of that person.

19   Your preparation's going to have to happen in advance.  And

20   the plaintiffs should feel free to test this deposition

21   under oath if they have any doubts when the deposition

22   ultimately happens.  So make sure your deponents tell you

23   very accurately what the problem is.

24           MS. ROBINSON:  I understand -- this is Amy

25   Robinson, your Honor.  I understand.  Understood.  And I'm

PROCEEDINGS                    28

1

2      just a little concerned that with backup dates we could --

3      it would be difficult --

4             THE COURT:  You could end up in double-tracking, I

5      don't know.  But you're going to have to get another

6      attorney on the case.  I don't know what else to tell you.

7      I hope you will impress upon your deponents how important

8      it is to appear for their date.

9             MS. ROBINSON:  I will in fact do that, your Honor.

10     My only concern is the June 10th dates.

11            MX. GREEN:  Your Honor, if I may?  I suspect not

12     everybody has seen this yet.  And as we're thinking about

13     June 10th, the Second Circuit just in part reversed Judge

14     McMahon's decision to deny intervention to the FDA.  And I

15     suspect that that's going to affect where our end date is

16     at the end of the day because we're going to have a bunch

17     of new -- or well, we're going to have one new party in a

18     sense who is starting from square one on discovery.  And,

19     you know, I'm not sure how realistic keeping the time

20     schedule is going to be, given that.

21            THE COURT:  Breaking news.  I mean, I can't see

22     that we should halt depositions for this.  I mean, maybe

23     they have some additional deponents or something.

24            MX. GREEN:  To be clear, yes.  I don't think that

25     we should halt depositions in any way.  I just -- I suspect

1                           PROCEEDINGS                    59

2
3                        C E R T I F I C A T E

4

5          I, Carole Ludwig, certify that the foregoing

6   transcript of proceedings in the case of In Re: New York

7   City Policing During Summer 2020 Demonstrations, Docket

8   #20-cv-08924-CM, was prepared using digital transcription

9   software and is a true and accurate record of the

10  proceedings.

11

12

13

14

15          Signature    *Carole Ludwig*

16                       Carole Ludwig

17

18

19          Date:     March 4, 2022

20

21

22

23

24

25