UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In Re: New York City Policing During Summer 2020 Demonstrations

------------------------------------------------------------------- x

**MOTION TO WITHDRAW**

20 Civ. 8924 (CM) (GWG)

**PLEASE TAKE NOTICE** that Daniel Braun hereby withdraws as counsel in the above-captioned consolidated litigation. After April 21, 2023, I will no longer be associated with the Corporation Counsel of the City of New York

Dated:  New York, New York
　　　　April 21, 2023

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　HON. SYLVIA O. HINDS-RADIX
　　　　　　　　　　　　　　Corporation Counsel of the City of New York
　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　100 Church Street
　　　　　　　　　　　　　　New York, New York 10007

　　　　　　　　　　　　　　By:　  /s/ *Daniel Braun*
　　　　　　　　　　　　　　Daniel M. Braun
　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　Special Federal Litigation Division