UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br><br>This filing is related to:<br>ALL NON-STAYED CASES | CIVIL ACTION NO. 20 Civ. 8924 (CM)(GWG)<br><br>**[PROPOSED] ORDER** |

   The Parties' application to stay discovery and all other deadlines for forty-five (45) days from the date of this order is granted. The Court hereby sets a status conference for September 14.

Dated: New York, New York
   July __, 2023

**SO ORDERED:**

Dated: _____     _____
   New York, New York        Hon. Colleen McMahon