UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9|18|2023
```

——————————————————————x

In Re New York City Policing During
Summer 2020 Demonstrations                          20 cv 8924 (CM)(GWG)

——————————————————————x

THIS FILING PERTAINS TO:

  *Payne v. DiBlasio*, 20 civ. 8924
  *People v. City*, 21 civ. 322
  *Gray v. City*, 21 civ-6610
  *Rolon v. City*, 21 civ. 2548

——————————————————————x

## ADDITIONAL THOUGHTS FOR BRIEFING

McMahon, J.:

        After doing some of our own research, I would hope that your briefing would also address
the following additional questions:

        1. How exactly is the PBA (or its membership) prejudiced by the terms of the
           proposed settlement?

        2. What does the PBA have to demonstrate in order to establish that its members
           are prejudiced by the settlement? How can the union satisfy that burden? Are
           we required to hold a hearing with witnesses? If so, who would those witnesses
           be?

        3. What if any obligations does the settlement impose on the PBA or its members?

I look forward to reading your briefs.

Dated: September 18, 2023

                                            _____
                                                    U.S.D.J.

BY ECF TO ALL COUNSEL