UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: New York City Policing During Summer 2020 Demonstrations <hr> This filing is related to:<br><br>JARRETT PAYNE, et al. v. MAYOR BILL DE BLASIO, et al., Case No. 1:20-cv-08924-CM;<br><br>PEOPLE OF THE STATE OF NEW YORK v. CITY OF NEW YORK, et al., Case No. 1:21-cv-00322-CM;<br><br>ADAM GRAY, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-06610-CM;<br><br>and<br><br>KAYLA ROLON, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-02548-CM. | Case No. 1:20-cv-08924-CM<br><br>**AMENDED NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that, to alleviate any doubts as to the orders involved in its appeal, the POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC. ("PBA") hereby amends its notice of appeal to the United States Court of Appeals for the Second Circuit (ECF 1156), to also include the orders of this Court, entered on April 17, 2024 (ECF 1167), and May 15, 2024 (ECF 1174, 1175, No. 1:21-cv-02548-CM, ECF 97), formally entering the stipulations of dismissal.

1

Dated: May 17, 2024
New York, NY

Frederick W. Vasselman
Office of the General Counsel
Police Benevolent Association of the
City of New York, Inc.
125 Broad Street, 11th Floor
New York, NY 10004
Tel: (212) 298-9144
fvasselman@nycpba.org

Gaurav I. Shah
Senior Associate General Counsel
Gshah@nycpba.org

*Of Counsel*

**DECHERT LLP**

*/s/ Steven A. Engel*
Steven A. Engel
Three Bryant Park
1095 Sixth Avenue
New York, NY 10036
Tel: (212) 698-3512
Fax: (212) 698-3599
steven.engel@dechert.com

*Counsel for Intervenor the Police Benevolent Association of the City of New York, Inc.*