```
USDC SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KAYLA ROLON, COREY GILZEAN, MICHAEL
HERNANDEZ, CHRISTOPHER HUSARY, KEITH
CLINGMAN, and JONATHAN PECK,

**STIPULATION AND
ORDER OF DISMISSAL**

Plaintiffs,   21CV02548 (CM) (GWG)

-against-

THE CITY OF NEW YORK, MAYOR BILL DE BLASIO,
NYPD COMMISSIONER DERMOT SHEA, NYPD CHIEF
TERENCE MONAHAN, AND POLICE OFFICERS
THEODORE WELLS, LARS FRANTZEN (TAX ID.
936615), FIERRO (SHIELD NO. 88189), JON BRODIE (88th
PRECINCT), PICHARDO (40th PRECINCT), EDUARD
LUCERO, ALTAMIRANO (TAX ID 960157), BRITNEY
OWENS (SHIELD NO. 26613), HEMME (SHIELD NO. 665),
ANTHONY POLANCO (SHIELD NO. 11613), ERIK
RODRIGUEZ (SHIELD NO. 16334), PATRICK GROSS
(SHIELD NO. 21147), LUIS E. ORTIZ (SHIELD NO. 1133),
N. CANALE (SHIELD NO. 10524), SGT. ROBERT DIXSON
(TAX ID. 934784), SGT SCOTT HALDEMAN, SGT
MIGUEL CRUZ (SHIELD NO. 181), CAPTAIN JOSEPH A.
TAYLOR, AND JOHN AND JANE DOES 1-38, individually
and in their official capacities,

Defendants.
-------------------------------------------------------------------X

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve plaintiffs' damages claims without further proceedings and without admitting any fault or liability; and

**WHEREAS,** the plaintiffs' remaining claims for injunctive relief are not affected by this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The plaintiffs' claims for damages in the above-captioned action are hereby dismissed with prejudice; and

2. The plaintiffs' remaining claims for injunctive relief are not affected by this Stipulation.

3. Notwithstanding the dismissal of the plaintiffs' claims for damages in this action in accordance with this Stipulation of Settlement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of this settlement agreement reached between the parties and set forth in this Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

    May  9  , 2024

THE ABOUSHI LAW FIRM, PLLC
*Attorneys for Plaintiffs*
1441 Broadway, 5th Floor
New York, New York 10018

By: _____
Tahanie A. Aboushi

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, De Blasio, Shea, Monahan, Wells, Frantzen, Fierro, Brodie, Pichardo, Lucero, Altamirano, Owens, Hemme, Polanco, Rodriguez, Gross, Ortiz, Canale, Dixson, Haldeman, Cruz, and Taylor*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Omar J. Siddiqi
*Senior Counsel*

SO ORDERED:

_____
HON. COLLEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2024

2